| **Fill in this information to identify your case:** | |
|---|---|
| United States Bankruptcy Court for the: | |
| WESTERN DISTRICT OF WASHINGTON | |
| Case number *(if known)* _____  Chapter **11** | |
| | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Tandem Catering & Events, Inc.

**2. All other names debtor used in the last 8 years**
  Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  84-3578404

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **9504 150th St. SE** <br> **Snohomish, WA 98296** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Snohomish** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  www.tandemcateringandevents.com

**6. Type of debtor**
 ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
 ☐ Partnership (excluding LLP)
 ☐ Other. Specify: _____

Debtor **Tandem Catering & Events, Inc.**     Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **7223**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

| Debtor | Tandem Catering & Events, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☑ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000    ☐ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion

Debtor **Tandem Catering & Events, Inc.**     Case number (*if known*) _____
    Name

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Tandem Catering & Events, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 15, 2025**
MM / DD / YYYY

**X** **/s/ Lisa Havens**                         **Lisa Havens**
Signature of authorized representative of debtor    Printed name

Title  **Managing Member**

**18. Signature of attorney**

**X** **/s/ Jennifer L. Neeleman**               Date  **January 15, 2025**
Signature of attorney for debtor                       MM / DD / YYYY

**Jennifer L. Neeleman 37374**
Printed name

**Neeleman Law Group, P.C.**
Firm name

**1403 8th Street**
**Marysville, WA 98270**
Number, Street, City, State & ZIP Code

Contact phone  **(425) 212-4800**      Email address  **courtmail@expresslaw.com**

**37374 WA**
Bar number and State

Fill in this information to identify the case:
Debtor name: **Tandem Catering & Events, Inc.**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF WASHINGTON**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Agow  1436 NW 53rd Street  Seattle, WA 98107 | | Services Provided | | | | $627.98 |
| Dave Parker  ICCG Capital  17927 NE 196th St.  Woodinville, WA 98077 | | Loan | | | | $15,000.00 |
| Greenhaus Portable Restrooms  P.O. Box 259  Lake Stevens, WA 98258 | | Rental | | | | $430.50 |
| ILend  Berkoritch & Bouskila  1545 Route 202, Suite 101  Pomona, NY 10970 | | | | $8,000.00 | $0.00 | $8,000.00 |
| IRS  Centralized Insolvency  P.O. Box 7346  Philadelphia, PA 19101-7346 | | Taxes | | | | Unknown |
| Les Schwab  13223 Bothell Everett Highway  Bothell, WA 98012 | | Services Provided | | | | $3,275.04 |
| Ocean Beauty Seafoods  600 Powell Ave. SW  Renton, WA 98057 | | Purchases Made | | | | $4,161.80 |
| Orca Mechanical  7914 227th Pl SW  Edmonds, WA 98026 | | Services Provided | | | | $2,383.24 |

| Debtor | Tandem Catering & Events, Inc. | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **RMS**<br>**P.O. Box 5000**<br>**Fogelsville, PA**<br>**18051** | | **Collection for Waste Management** | | | | **$640.47** |
| **RMS**<br>**P.O. Box 5000**<br>**Fogelsville, PA**<br>**18051** | | **Collection for Waste Management** | | | | **$602.18** |
| **The Vet Chef, LLC**<br>**c/o Kyle Gourlie**<br>**1405 234th Pl SE**<br>**Bothell, WA 98021** | | **Purchases Made** | | | | **$4,884.70** |
| **WA Department of Revenue**<br>**2101 4th Ave, Ste 1400**<br>**Seattle, WA 98121** | | **Taxes** | | | | **$32,809.37** |
| **Whiteside Towing**<br>**17728 SR 9 SE**<br>**Snohomish, WA 98296** | | **Services Provided** | | | | **$2,311.86** |
| **William Shanks**<br>**12423 NE 145th Pl #B160**<br>**Kittitas, WA 98934** | | **Loan** | | | | **$27,991.31** |

Official form 204　　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims　　　page 2

Case 25-10117-CMA    Doc 1    Filed 01/15/25    Ent. 01/15/25 21:15:13    Pg. 7 of 10

```
AGOW
1436 NW 53RD STREET
SEATTLE, WA 98107


DAVE PARKER
ICCG CAPITAL
17927 NE 196TH ST.
WOODINVILLE, WA 98077


GREENHAUS PORTABLE RESTROOMS
P.O. BOX 259
LAKE STEVENS, WA 98258


ILEND
BERKORITCH & BOUSKILA
1545 ROUTE 202, SUITE 101
POMONA, NY 10970


IRS
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


LES SCHWAB
13223 BOTHELL EVERETT HIGHWAY
BOTHELL, WA 98012


OCEAN BEAUTY SEAFOODS
600 POWELL AVE. SW
RENTON, WA 98057


ORCA MECHANICAL
7914 227TH PL SW
EDMONDS, WA 98026


RMS
P.O. BOX 5000
FOGELSVILLE, PA 18051


SBA
409 3RD ST, SW
WASHINGTON, DC 20416
```

```
SBA
SEATTLE DISTRICT OFFICE
2401 FOURTH AVE, SUITE 450
SEATTLE, WA 98121


THE VET CHEF, LLC
C/O KYLE GOURLIE
1405 234TH PL SE
BOTHELL, WA 98021


WA DEPARTMENT OF REVENUE
2101 4TH AVE, STE 1400
SEATTLE, WA 98121


WA DEPT OF L & I
PO BOX 44000
OLYMPIA, WA 98504-4000


WA EMPLOYMENT SECURITY DEPT
P.O. BOX 9046
OLYMPIA, WA 98507-9046


WHITESIDE TOWING
17728 SR 9 SE
SNOHOMISH, WA 98296


WILLIAM SHANKS
12423 NE 145TH PL
#B160
KITTITAS, WA 98934
```

# United States Bankruptcy Court
## Western District of Washington

In re  **Tandem Catering & Events, Inc.**  
                                Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Tandem Catering & Events, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **January 15, 2025** | **/s/ Jennifer L. Neeleman** |
| Date | **Jennifer L. Neeleman 37374** |
| | Signature of Attorney or Litigant |
| | Counsel for **Tandem Catering & Events, Inc.** |
| | **Neeleman Law Group, P.C.** |
| | **1403 8th Street** |
| | **Marysville, WA 98270** |
| | **(425) 212-4800 Fax:(425) 212-4802** |
| | **courtmail@expresslaw.com** |